```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DOROTHY STONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRADER JOE'S COMPANY | : | NO. 15-3294 |

<u>ORDER</u>

AND NOW, this 13th day of May, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Trader Joe's Company for summary judgment (Doc. # 19) is GRANTED.

                                  BY THE COURT:


                                  /s/ Harvey Bartle III_____
                                                                     J.